IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES WOODEN,

   *Petitioner*,

v.                                     Case No.: 4:23cv74-MW/MAL

BUREAU OF PRISONS,

   *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's petition under 28 U.S.C. § 2241 is **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED on March 20, 2023.**

                                              <u>s/Mark E. Walker</u>
                                              **Chief United States District Judge**